IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AREA TEAMSTERS INSURANCE BENEFIT FUND, | ) ) ) | |
| Plaintiff, | ) ) | Judge Lefkow |
| v. | ) ) | Case No.: 14 C 4282 |
| FCI, INC., an Illinois corporation | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

### MOTION TO REINSTATE AND ENTER JUDGMENT ON UNPAID BALANCE PURSUANT TO AUGUST 26, 2014 AGREED ORDER OF DISMISSAL

NOW COMES the Plaintiff, AREA TEAMSTERS INSURANCE BENEFIT FUND , by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, Moves to Reinstate the case and Enter Judgment in favor of the Plaintiff Fund and against the Defendant on the remaining unpaid principle balance due the Plaintiff Fund of $121,575/62 against the Defendant plus interest, liquidated damages and attorneys' fees per 29 U.S.C. 1132(g)(2).

1. On August 26, 2014 an Agreed Order of Dismissal was entered against the Defendant (Exhibit A). Pursuant to Paragraph 2, the court retained jurisdiction to enforce the terms of the installment arrangement.

2. Pursuant to the terms of the Order, Paragraph 3, in the event of a default, Plaintiffs, may with notice to Defendant, move this Court to enter judgment on the unpaid balance due (See July 18, 2016 Notice of Default/Opportunity to Cure attached as Exhibit B).

3. That 20 day Notice of Default was provided to Defendant's counsel per the Order prior to bringing this Motion. No attempt to cure the default was made.

4. The remaining balance of principle due the Plaintiff Fund is $121,575.62.

WHEREFORE, Plaintiff, prays for entry of judgment in favor of the AREA TEAMSTERS INSURANCE BENEFIT FUND and against the Defendant, FCI, Inc., a dissolved Illinois corporation, in the principle amount of $121,575.62 plus $16,787.34 in interest at 7% per 29 U.S.C. 1132(g)(2)(B); liquidated damages of $43,167.67 per 29 U.S.C. 1132(g)(2)(C)(ii) plus reasonable attorneys fees incurred by Arnold and Kadjan, LLP of $1,500 in obtaining the judgment per 29 U.S.C. 1132(h)(2)(D) for a total judgment of $183,030.63 against Defendant, FCI, Inc.

        AREA TEAMSTERS INSURANCE
        BENEFIT FUND, Plaintiff

        s/John J. Toomey
        ARNOLD AND KADJAN
        203 N. LaSalle Street
        Suite 1650
        Chicago, Illinois 60601
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: August 12, 2016

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AREA TEAMSTERS INSURANCE BENE-FIT FUND, | ) ) ) | |
| Plaintiff, | ) ) | 1:14-CV-4282 |
| v. | ) ) ) | Judge Lefkow |
| FCI, INC., an Illinois Corporation, | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## ORDER

The parties hereby agree that this case has been settled and all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their Settlement Agreement under the authority of <u>Kokkonen v. Guardian Life Insurance Company of America</u>, 511 U.S. 375, 381-82 (1994):

IT IS HEREBY ORDERED:

1) The parties shall comply with the terms of their Settlement Agreement entered into on July 31, 2014.

2) By consent of the parties, the Court hereby specifically retains jurisdiction for the purpose of enforcing the terms and provisions of the parties' Settlement Agreement.

3) That in the event Defendant fails to comply with the provisions of this Order upon motion filed by Plaintiff, the Court shall enter judgment in the amount remaining

due and owing, pursuant to the provisions of the parties Stipulation filed herewith.

4) Except as provided for in Paragraphs 1 and 2 above, this case is dismissed, without prejudice, to become with prejudice on August 15, 2017, if not reinstated before that date.

DATED: 8/26/2014          ENTER:

*[signature]*
JUDGE, U.S. DISTRICT COURT

Agreed:

Plaintiffs

By: *[signature]*
ROBERT B. GREENBERG
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500 - Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Defendant

By: *[signature]*
FCI, INC., an Illinois Corp.
STUART M. CLARKE
Berton N. Ring, P.C.
123 West Madison Street, 15th Floor
Chicago, IL 606022-4612
(312) 781-0290 - Fax: (312) 781-0390
www.bnrpc.com
IL ARDC#: 6311043

# AGREEMENT AND PROMISSORY NOTE

Chicago, Illinois July 30th, 2014

In consideration of the Forbearance by the Trustees of the Area Teamsters Insurance Benefit Fund (hereinafter "Fund") from pursuing collection and litigation against FCI, Inc., (hereinafter "FCI") for the recovery of delinquent contributions and liquidated damages owed to the Fund for the period June 1, 2012, through October 31, 2013, on behalf of Fund participants employed by FCI, and in consideration of the acceptance of an extended pay arrangement, FCI promises to pay to the order of the Fund the principal sum of One Hundred Twenty-Three Thousand, Seven Hundred Thirty Dollars and 62/100 ($123,730.62), with interest at 7% per annum, to be paid in installments as follows:

Payments of $700.00 on or before August 1, 2014, and continuing on the 10th and 25th day of each month thereafter, until payment in full shall have been completed. Payments are to include interest of 7% per annum.

FCI and the Fund acknowledge that the claimed amount due herein has not been audited, and that the Fund reserves the right to claim additional amounts if an audit discloses additional amounts are due and owing.

The payments shall be made via wire transfer to First Nations Bank at the routing number as provided to Defendant's Attorney, Berton N. Ring, P.C., with the payments to be made payable to the Money Market Account No. 1124929, Area Teamsters Insurance Benefit Trust Fund.

Upon execution of this Agreement, the Plaintiff's Counsel shall file Motion to Dismiss the pending action without prejudice, with retention of jurisdiction by the Court through and including July 31, 2017. In the event of default in the payment of any installments when due, in accordance with the terms hereof, upon 20 days written notice to Defendant, Plaintiff shall be entitled to file Motion to Reinstate Action and for entry of

-1-

judgment immediately, in the event the default is not cured.

Acknowledged and Agreed to:

FCI, INC.

By: _____
DINO MUGNAINI, PRESIDENT

TRUSTEES OF THE AREA TEAMSTERS
INSURANCE BENEFIT FUND

By: _____

-2-

# EXHIBIT B

LAW OFFICES
# ARNOLD AND KADJAN, LLP
203 NORTH LASALLE STREET
SUITE 1650
## CHICAGO IL
60601

HUGH B. ARNOLD
JOHN J. TOOMEY
JOHN F. ETZKORN
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
ANDREW S. PIGOTT
GRANT R. PIECHOCINSKI

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL arnoldkadjanllp@aol.com

DANIEL N. KADJAN
RETIRED 1993

July 18, 2016

By Facsimile (312) 300-4151
and Regular Mail
Berton Ring, Esq.
123 Madison Street
Suite 1500
Chicago, Illinois 60602

    Re:    Notice of Default and Opportunity to Cure
            Area Teamsters Insurance Benefit Fund v.
            FCI, Inc., Case No.: 14 C 4282

Dear Sir:

Pursuant to the Settlement Agreement in the above case, 20 days written Notice of Default and Opportunity to Cure is being given in advance of a Motion To Reinstate and for entry of judgment in the amount of $121,576.62.

Any questions, please call.

Yours truly,

ARNOLD AND KADJAN, LLP

By: *[signature]*
John J. Toomey

JJT:cc

1

| | | |
|---|---|---|
| Send Confirmation | | Page [1] of [1] |

Date/Time           : 07-18-2016 02:48 PM
Model Name          : X7500GX
Machine Serial Number : 082SB1EG800009Z
Host Name           : ReceptionColor
Fax Name            : AK Reception
Fax Number          : 3123410438

## Job Information

Job No.             : 3959                  User           : Local User
Submission Date/Time : 07-18-2016 02:47 PM   Completed Time : 07-18-2016 02:48 PM
Total Destinations  : 1

## File Settings

Number of Images : 1 Page(s)     Resolution   : Standard
File Name        :                File Format  :
Bytes Filed      :

## Destinations

| Type | To | Duration | Pages | Status | Reason |
|---|---|---|---|---|---|
| Fax | 13123004151 | 01'04" | 1 | Success | |
| | Total Duration : | 01'04" | | | |

Law Offices
ARNOLD AND KADJAN, LLP
203 NORTH LASALLE STREET
SUITE 1650
CHICAGO, IL
60601

July 18, 2016

By Facsimile (312) 300-4151
and Regular Mail
Berton Ring, Esq.
123 Madison Street
Suite 1500
Chicago, Illinois 60602

Re: Notice of Default and Opportunity to Cure
Area Teamsters Insurance Benefit Fund v.
FCI, Inc., Case No.: 14 C 4282

Dear Sir:

Pursuant to the Settlement Agreement in the above case, 20 days written Notice of Default and Opportunity to Cure is being given in advance of a Motion To Reinstate and for entry of judgment in the amount of $121,576.02.

Any questions, please call.

Yours truly,
ARNOLD AND KADJAN, LLP

By: [signature]
JJT:ec